JASON R. HULL [11202]
ANIKKA T. HOIDAL [16489]
**MARSHALL OLSON & HULL, PC**
TEN EXCHANGE PLACE, SUITE 350
SALT LAKE CITY, UTAH 84111
TELEPHONE: 801.456.7655
JHULL@MOHTRIAL.COM
AHOIDAL@MOHTRIAL.COM

ATTORNEYS FOR PLAINTIFFS AND
PROPOSED CLASS COUNSEL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| CELINA PADILLA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREYSTAR REAL ESTATE PARTNERS, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREP GENERAL PARTNER, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREYSTAR MANAGEMENT SERVICES, LLC, d/b/a "Greystar," a limited liability company;<br><br>GREYSTAR RS NATIONAL, LLC, d/b/a "Greystar," a limited liability company, and<br><br>GREP SOUTHWEST, LLC, d/b/a "Greystar," a limited liability company,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>No. 1:25-cv-00059-JNP-DAO<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Celina Padilla ("Plaintiff"), by and through undersigned counsel, hereby gives notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice against all Defendants. Defendants have not served an answer or motion for summary judgment in this action. Further, Plaintiff has not previously dismissed any federal or state court action based on or including the same claims. Accordingly, Plaintiff voluntarily dismisses this action without prejudice.

Dated: August 1, 2025

**MARSHALL OLSON & HULL, PC**

BY: /s/ Anikka T. Hoidal
JASON R. HULL
ANIKKA T. HOIDAL

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that this 1st day of August, 2025, I caused the foregoing **NOTICE OF VOLUNTARY DISMISSAL** to be filed through the Court's electronic filing system, which served all counsel of record.

/s/ Anikka T. Hoidal